# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

CAM DOE

VERSUS

THE CONGREGATION OF HOLY
CROSS, SOUTHERN PROVINCE,
INC. AND THE LARRY REYNOLDS'
INSTITUTION OF YOUTH
GUIDANCE, INC.

NO.  2026 CW 0175

**MAY 4, 2026**

---

In Re:    The Congregation of Holy Cross, Southern Province, Inc.,
          applying for supervisory writs, 22nd Judicial District
          Court, Parish of St. Tammany, No. 202413165.

---

**BEFORE:    MILLER, EDWARDS, AND FIELDS, JJ.**

   **WRIT DENIED.**

                         SMM
                         BDE
                         WEF

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
 FOR THE COURT